**James M. BAKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37682.**

Missouri Court of Appeals,
Western District.

Oct. 14, 1986.

Dennis D. Goodden, Public Defender, Margaret A. Schlachter, Certified Law Intern, Columbia, for appellant.

William L. Webster, Atty. Gen., Timothy W. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and NUGENT and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

**James Wayne HAYES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37723.**

Missouri Court of Appeals,
Western District.

Oct. 14, 1986.

William Stewart, Public Defender, Bolivar, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from denial of second Rule 27.26 motion for post conviction relief.

Affirmed. Rule 84.16(b).